AO 106 (Rev. 04/10) Application for a Search Warrant


**FILED**
DISTRICT COURT OF GUAM
MAR 20 2018
JEANNE G. QUINATA
CLERK OF COURT

# UNITED STATES DISTRICT COURT
for the
District of Guam

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

Property of 134 LUBANOS ST., Barrigada, Guam 96913.
(Further described in Attachment A)

Case No. MJ- 18-00046

## APPLICATION FOR AN ANTICIPATORY SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
Property of 134 LUBANOS ST., Barrigada, Guam 96913. Further described in Attachment A

located in the _____ District of ____Guam____, there is now concealed *(identify the person or describe the property to be seized)*:
See Attachment B incorporated herein.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 USC 841(a)(1) & 846 | Distribution of Methamphetamine |

The application is based on these facts:

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*
ROBERT PEJERAN, Special Agent, HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 3/20/18

_____
*Judge's signature*
JOAQUIN V.E. MANIBUSAN, JR., U.S. Magistrate Judge
*Printed name and title*

City and state: Hagatna, Guam

# AFFIDAVIT

I, ROBERT FEJERAN, being duly sworn, depose and say as follows:

## A. Background of Affiant

1. I am a Special Agent of the United States Department of Homeland Security (DHS), Homeland Security Investigations (HSI) and have so been employed since February of 2003. I am currently assigned to the HSI Guam office. I am a federal law enforcement officer within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C). Prior to joining HSI, I was a sworn officer of the Guam Police Department from September 1992 to February 2003. While employed with the Guam Police Department, I was assigned to the Criminal Investigations Section (Detectives), Special Investigations Section (Narcotics), and as a Task Force Officer assigned to the United States Drug Enforcement Administration RAC Guam office.

2. I am a graduate of the Criminal Investigator Training Program and the Customs Basic Enforcement School (CBES) Special Agent Training Academy held at the Federal Law Enforcement Training Center in Glynco, Georgia. I have received classroom and on the job training in the areas of general law enforcement, criminal investigative techniques, interviews and interrogations, general and electronic surveillance and criminal law including search and seizure.

3. My duties as a Special Agent with HSI include investigating both criminal and administrative violations of federal laws of Titles 8, 18, 19, 21, 31 and others—specifically including, but not limited to, violations of Title 21 U.S.C. §§ 841(a)(1) and 846.

4. As a Special Agent with HSI, I have participated in over one hundred twenty

1

narcotics related investigations as the primary case agent and involvement in an additional seventy-five narcotics investigations as the secondary/co-case agent while previously assigned to the Assistant Special Agent in Charge (ASAC) office in El Centro, California. I have attended the Drug Value Expert Testimony training course conducted by personnel from the United States Attorney's office held on August 5, 2004, also in El Centro, California.

5.  I have been accepted and testified as a drug value expert in Federal District Court within the Southern District of California on thirteen prior occasions. I have also been accepted and testified as an expert in the organizational structure of drug trafficking organizations in Federal District Court within the Southern District of California on one prior occasion.

6.  I have also participated in undercover investigations involving the purchase of controlled substances, assisted in the execution of both state and federal search warrants relating to controlled substances and have conducted numerous surveillances and controlled deliveries in connection with narcotics investigations.

7.  I am familiar with the operation of illegal drug trafficking organizations (DTO) in the United States, and DTO with foreign nexus. I know from my training, knowledge and experience that the importers and distributors of controlled substances often utilize the U.S. Postal Service, and express freight forwarding cargo companies such as UPS, FEDEX and FEDEX to facilitate the distribution of controlled substances. Such express parcels will come from foreign or domestic places of origin and will be typically sent by Express, Priority, or First Class Mail.

2

8. Additionally, Narcotics traffickers will frequently have evidence of narcotics trafficking inside their residences and vehicles they use or control to include:

a. Controlled substances, in particular, but not limited to, methamphetamine. Methamphetamine processing and distribution equipment such as scales, cutting devices cutting materials, and packaging materials.

b. Items of personal property which tend to identify the person(s) in residence, occupancy, control or ownership of the premises that is the subject of this warrant, including but not limited to cancelled mail, deeds, leases, rental agreements, utility and telephone bills, statements, and identification documents.

c. Ledger books, bank records, telephone records, receipts, airline tickets, drug customer lists, drug paraphernalia, photos and other papers that relate to the importation, transportation, ordering, purchasing and the distribution of controlled substances, precious metals, jewelry, automobile titles, stereo and electronics equipment and other items of value and/or proceeds of drug transactions and evidence of financial transactions relating to obtaining, transferring, secreting or spending large sums of money acquired and foreign banks documents and/or financial institutions and their attendant services, securities, cashier's checks, money drafts, letters of credit, brokerage houses, real estate, shell corporations and business fronts. Paperwork to include, but are not limited to, commercial airlines, commercial, ocean-going vessels, private automobiles, government and contract mail services. As well as locked safes, or locked storage containers.

9. The information contained within this affidavit is based upon my personal observations, training, and on information related to me by other law enforcement officers

3

and investigators as set forth more fully herein. Because the purpose of this affidavit is to set forth probable cause, your affiant has not set forth each and every fact known to me in connection with this investigation.

**B.     Purpose of Affidavit**

10.     This affidavit is submitted in support of a request for an anticipatory search warrant for the Property of 134 LUBANOS ST., Barrigada, Guam 96913.

**C.     Relevant Facts Pertaining to 134 LUBANOS ST., Barrigada Guam 96913.**

11.     On March 20, 2018, Homeland Security Investigations Task Force Officer (HSI TFO) Jeffrey Palacios, who is also an Officer with Guam Customs and Quarantine, was performing carrier duty services for FedEx which encompassed border inspections of all inbound FedEx packages at the Guam Customs Air Cargo Facility. TFO Palacios identified a FedEx Express enveloped addressed to RITA LEON GUERRERO as a suspect package and opened the parcel to conduct an inspection of the contents. As a result of the inspection, TFO Palacios discovered approximately 114 gross grams of suspected crystalline methamphetamine hidden within the RITA LEON GUERRERO package, hereafter referred to as the RITA LEON GUERRERO Package. (See Exhibit 1). The substance was subsequently removed from said package and field tested presumptive positive for the presence of methamphetamine. On March 20, 2018, upon your affiant confirming that there was only one LUBANOS ST. on Guam, which was located in Barrigada and not Hagatna, HSI Task Force officers drove to the address that was described on the RITA LEON GUERRERO Package and observed that the property is located on the left side of LUBANOS ST. The property is described as a two story concrete structure, brown in color

4

with a white colored door on the first floor facing the roadway and a water tank on the ledge above the front door.

12. To the left of the residence is a butler tin structure covering the entrance to what was previously a carport. On the top left of the butler tin structure is a surveillance camera mounted to the roof.

13. My office, in coordination with other law enforcement agencies, intend to effect a controlled delivery of the subject package, under law enforcement surveillance, at 134 LUBANOS ST., Barrigada, Guam 96913 and then continue to conduct surveillance and monitor the package. This is necessary in order to ascertain the identity of the individual who is the true intended recipient of the RITA LEON GUERRERO Package. We anticipate the addressee or other person may transport the subject package to a different location after its initial receipt. This is based on my experience and conversations with other law enforcement agents investigating narcotics trafficking.
The following actions are being taken to implement this controlled delivery:

(a) That all suspected methamphetamine will be removed from the RITA LEON GUERRERO Package for safety and security reasons and replaced with "sham", and re-wrapped to match its original condition.

(b) Additionally, the same exterior containers and other interior contents inside the RITA LEON GUERRERO Package will also be placed back in the re-wrapped package.

14. WHEREFORE, with respect to the anticipatory search warrant for the subject premises of 134 LUBANOS ST., Barrigada, Guam 96913, I believe that there is probable cause that the following articles are or will be present in due course at the subject premises:

5

a. Controlled substances, in particular, but not limited to, methamphetamine. Methamphetamine processing and distribution equipment such as scales, cutting devices cutting materials, and packaging materials, and proceeds of illegal narcotics distribution.

b. Items of personal property which tend to identify the person(s) in residence, occupancy, control or ownership of the premises that is the subject of this warrant, including but not limited to cancelled mail, deeds, leases, rental agreements, utility and telephone bills, statements, and identification documents.

c. Ledger books, bank records, telephone records, receipts, airline tickets, drug customer lists, drug paraphernalia, photos and other papers that relate to the importation, transportation, ordering, purchasing and the distribution of controlled substances, precious metals, jewelry, automobile titles, stereo and electronics equipment and other items of value and/or proceeds of drug transactions and evidence of financial transactions relating to obtaining, transferring, secreting or spending large sums of money acquired and foreign banks documents and/or financial institutions and their attendant services, securities, cashier's checks, money drafts, letters of credit, brokerage houses, real estate, shell corporations and business fronts. Paperwork to include, but are not limited to, commercial airlines, commercial, ocean-going vessels, private automobiles, government and contract mail services. As well as access to locked safes, or locked storage containers vehicles on premise and curtilage.

15. FURTHERMORE, in order to assure compliance with applicable law, I further request that this Court condition the effectiveness of this anticipatory search warrant upon the event that the package is delivered to the premises and the package is seen entering

6

Case 1:18-mj-00046 Document 1 Filed 03/20/18 Page 7 of 11

the residence known as 134 LUBANOS ST., and once inside the residence the package is being breached and a signal emitting therefrom or fails to emit a steady signal.

FURTHER AFFIANT SAYETH NAUGHT.

_____
ROBERT FEJERAN
Special Agent
Homeland Security Investigations

ATTACHMENT A

The property is located at 134 LUBANOS ST., Barrigada Guam 96913, and is described as a two story concrete structure, light brown in color.



ATTACHMENT B

1. The RITA LEON GUERRERO Package addressed to Rita LEON GUERRERO, 134 LUBANOS, ST., Hagatna, Guam.

2. Controlled substances, in particular, but not limited to, methamphetamine. Methamphetamine processing and distribution equipment such as scales, cutting devices, cutting materials, and packaging materials.

3. Items of personal property which tend to identify the person(s) in residence, occupancy, control or ownership of the premises that is the subject of this warrant, including but not limited to cancelled mail, deeds, leases, rental agreements, utility and telephone bills, statements, and identification documents.

4. Ledger books, bank records, telephone records, receipts, airline tickets, drug customer lists, drug paraphernalia, U.S. currency, photos and other papers that relate to the importation, transportation, ordering, purchasing and the distribution of controlled substances, precious metals, jewelry, automobile titles, stereo and electronics equipment and other items of value and/or proceeds of drug transactions and evidence of financial transactions relating to obtaining, transferring, secreting or spending large sums of money acquired and foreign banks documents and/or financial institutions and their attendant services, securities, cashier's checks, money drafts, letters of credit, brokerage houses, real estate, shell corporations and business fronts. Paperwork to include, but are not limited to, commercial airlines, commercial, ocean-going vessels, private automobiles, government and contract mail services. As well as access to locked safes or locked storage containers.

EXHIBIT 1




Case 1:18-mj-00046   Document 1   Filed 03/20/18   Page 11 of 11