**FILED**
DISTRICT COURT OF GUAM
APR 02 2018
JEANNE G. QUINATA
CLERK OF COURT

# UNITED STATES DISTRICT COURT
for the

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. MJ 18-00046
Property of 134 LUBANOS ST., Barrigada, )
Guam 96913. )
(Further described in Attachment A) )

## ANTICIPATORY SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

   An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____
*(identify the person or describe the property to be searched and give its location):*
Property of 134 LUBANOS ST., Barrigada, Guam 96913. Further described in Attachment A.

   I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property UPON OCCURRENCE OF THE FOLLOWING CONDITION(S) *(state the condition(s) which must occur to establish probable cause)*:
Upon actual delivery of the RITA LEON GUERRERO Package to Property of 134 LUBANOS ST., Barrigada, the investigators observe the RITA LEON GUERRERO package entering the residence and once inside the residence the package is being breached and a signal emitting therefrom or fails to emit a steady signal.

   I further find that upon the occurrence of the conditions specified above, such search will reveal *(identify the person or describe the property to be seized)*:
See Attachment B.

   **YOU ARE COMMANDED** to execute this warrant on or before   April 3, 2018   *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

IF THE CONDITION(S) DESCRIBED ABOVE HAVE NOT OCCURRED, THIS WARRANT MUST NOT BE EXECUTED.

   Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

   The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to   JOAQUIN V.E. MANIBUSAN, JR.   .
*(United States Magistrate Judge)*

   ☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
   ☐ for _____ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   3/20/18   4:41 P.M.   _____
                                              *Judge's signature*

City and state:   Hagatna, Guam   JOAQUIN V.E. MANIBUSAN, JR., U.S. Magistrate Judge
                                  *Printed name and title*

ORIGINAL

AO 93B (Rev. 11/13) Anticipatory Search and Seizure Warrant (Page 2)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| MJ 18-0046 | 03/21/18 2:00pm | Jesse Leon Guerrero |

Inventory made in the presence of: Jesse Leon Guerrero

Inventory of the property taken and name of any person(s) seized:

see attached custody receipts.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 4/2/18

_Executing officer's signature_

Robert J. Fejeran Jr. S/A HSI
_Printed name and title_

Returned before me on April 2, 2018 at 11:16 a.m.

ATTACHMENT A

The property is located at 134 LUBANOS ST., Barrigada Guam 96913, and is described as a two story concrete structure, light brown in color.



ATTACHMENT B

1. The RITA LEON GUERRERO Package addressed to Rita LEON GUERRERO, 134 LUBANOS, ST., Hagatna, Guam.

2. Controlled substances, in particular, but not limited to, methamphetamine. Methamphetamine processing and distribution equipment such as scales, cutting devices, cutting materials, and packaging materials.

3. Items of personal property which tend to identify the person(s) in residence, occupancy, control or ownership of the premises that is the subject of this warrant, including but not limited to cancelled mail, deeds, leases, rental agreements, utility and telephone bills, statements, and identification documents.

4. Ledger books, bank records, telephone records, receipts, airline tickets, drug customer lists, drug paraphernalia, U.S. currency, photos and other papers that relate to the importation, transportation, ordering, purchasing and the distribution of controlled substances, precious metals, jewelry, automobile titles, stereo and electronics equipment and other items of value and/or proceeds of drug transactions and evidence of financial transactions relating to obtaining, transferring, secreting or spending large sums of money acquired and foreign banks documents and/or financial institutions and their attendant services, securities, cashier's checks, money drafts, letters of credit, brokerage houses, real estate, shell corporations and business fronts. Paperwork to include, but are not limited to, commercial airlines, commercial, ocean-going vessels, private automobiles, government and contract mail services. As well as access to locked safes or locked storage containers.

# DEPARTMENT OF HOMELAND SECURITY

## CUSTODY RECEIPT for SEIZED PROPERTY and EVIDENCE

7515502

Handbook 5200-09

| Field | Value |
|---|---|
| 1. FPF No. | 2 0 1 Y 3 2 1 0 0 0 0 0 2 4 0 1 |
| 2. Incident No. | 2 0 1 8 5 2 0 0 6 3 7 3 8 0 1 |
| 3. Investigative Case No. | 6 M 1 3 W S 1 8 6 A 0 0 0 2 |
| 4. Enforce No. | |
| 5. Prior Detention? | Yes ☐ No ☐ |
| 6. Date Seized | 03/21/2018 |
| 7. Time Seized | 1645 |
| 8. FDIN/Misc. | |
| 9. Seized From Name: | Jesse Leon Guerrero |
| Address: | 134 Lubanos Street, Barrigada, GU |
| Telephone No.: | (671) 734-3435 |
| 10. Entry No. | 494 |
| 11. Seal or Other ID Nos. | A3215785 |
| 12. Remarks: | Items seized pursuant to a SW of 134 Lubanos St. Barrigada, Guam. Weight: 1 gr / 2.7 gr w/ evd bg |

### 14. PROPERTY (By Line Item) Attach DHS Form 58 if conveyance

| a. Line Item No. | b. Description | c. Packages Number | c. Packages Type | d. Measurements Qty. | d. Measurements UM | e. Est. Dom. Value |
|---|---|---|---|---|---|---|
| 01 | Suspected methamphetamine | 1 | bg | 1 | gram | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |

### 15. Seizing Officer

Print Name: Robert Fejeran
Signature: X [signature]
Date: 03/21/18

### 16. ACCEPTANCE / CHAIN OF CUSTODY

| a. Line Item No. | b. Description | c. Print Name/Title/Organization | d. Signature | e. Date |
|---|---|---|---|---|
| 01 | Item 14b (Secured in Evd rm) | Brent Tabless SA/HSI | [signature] | 3/21/18 |

DHS Form 6051A Continuation Sheet Attached? Yes ☐ No ☐
DHS retains original
Previous editions are obsolete

DHS Form 6051S (08/09)

# DEPARTMENT OF HOMELAND SECURITY

7515511

## CUSTODY RECEIPT for SEIZED PROPERTY and EVIDENCE

Handbook 5200-09

| 1. FPF No. | 2. Incident No. |
|---|---|
| 2018321000062401 | 2018S20063738201 |

| 3. Investigative Case No. | 4. Enforce No. |
|---|---|
| 6M13WS18620002 | |

| 5. Prior Detention? Yes ☐ No ☐ If yes, DHS 6051D No. ___ | 6. Date Seized (mm/dd/yyyy) 03/21/2018 | 7. Time Seized (Use 24 Hrs) 1645 | 8. FDIN/Misc. |
|---|---|---|---|

**9. Seized From:**
Name: Jesse Leon Guerrero
Address: 134 Lubanos Street
Barrigada, GU
Telephone No. ( ) Ext:

**10. Entry No.** 494

**11. Seal or Other ID Nos.** A3227855 L1536218 A3215782

**12. Remarks:** Items seized at residence pursuant to a SW

**13. Send Correspondence to:**

### 14. PROPERTY (By Line Item) Attach DHS Form 58 if conveyance

| a. Line Item No. | b. Description | c. Packages Number | Type | d. Measurements Qty. | UM | e. Est. Dom. Value |
|---|---|---|---|---|---|---|
| 02 | misc paraphernalia | 1 | bg | 1 | ea | $ |
| 03 | misc paraphernalia | 1 | bg | 1 | ea | $ |
| 04 | cardboard paper w/ handwritten notes | 1 | bg | 1 | ea | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |

**15. Seizing Officer**
Print Name: Robert Fejeran
Signature: X /s/
Date: 03/21/18

### 16. ACCEPTANCE / CHAIN OF CUSTODY

| a. Line Item No. | b. Description | c. Print Name/Title/Organization | d. Signature | e. Date |
|---|---|---|---|---|
| 2-4 | items in 14b (secured in Evid rm) | Brent Tablan SA/HSI | /s/ | 3/21/18 |

DHS Form 6051A Continuation Sheet Attached? Yes ☐ No ☐
DHS retains original
Previous editions are obsolete

DHS Form 6051S (08/09)

# DEPARTMENT OF HOMELAND SECURITY

# CUSTODY RECEIPT for SEIZED PROPERTY and EVIDENCE

7515503

Handbook 5200-09

| # | Field | Value |
|---|---|---|
| 1 | FPF No. | 2017321000002401 |
| 2 | Incident No. | 2017520063738 01 |
| 3 | Investigative Case No. | GM13WS18GN0002 |
| 4 | Enforce No. | |
| 5 | Prior Detention? | Yes ☐ No ☐ |
| 6 | Date Seized | 03/21/2018 |
| 7 | Time Seized | |
| 8 | FDIN/Misc. | |
| 9 | Seized From: Name | Jesse Leon Guerrero |
| | Address | 134 Lubanos Street, Barrigada, GU |
| | Telephone No. | (671) 734-3435 |
| 10 | Entry No. | |
| 11 | Seal or Other ID Nos. | X0221910 |
| 12 | Remarks | Items seized at residence pursuant to a SW |
| 13 | Send Correspondence to: | |

## 14. PROPERTY (By Line Item) Attach DHS Form 58 if conveyance

| a. Line Item No. | b. Description | c. Packages Number | c. Packages Type | d. Measurements Qty. | d. Measurements UM | e. Est. Dom. Value |
|---|---|---|---|---|---|---|
| 05 | DVR | 1 | bs | 1 | ea | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |

### 15. Seizing Officer
Print Name: Robert Fejeran  
Signature: X /s/  
Date: 03/21/18

## 16. ACCEPTANCE / CHAIN OF CUSTODY

| a. Line Item No. | b. Description | c. Print Name/Title/Organization | d. Signature | e. Date |
|---|---|---|---|---|
| 05 | Item in 146 (secured in evid rm) | Brent Tabler SA/HSI | /s/ | 3/21/18 |

DHS Form 6051A Continuation Sheet Attached? Yes ☐ No ☐  
DHS retains original  
Previous editions are obsolete

DHS Form 6051S (08/09)